## City National Bank and Trust Company of Evanston, Appellee, v. Harry P. Pearsons et al. Harry P. Pearsons and Katharine P. Hadden, Appellants.

### Gen. No. 41,169.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Charles M. Haft, for appellants; Heth, Lister & Flynn, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''